EXHIBIT 6

STATE OF MAINE
PENOBSCOT, ss.

SUPERIOR COURT
CIVIL ACTION
DOCKET NO. CV-17-79

JOSEPH McMULLIN,

    Plaintiff

v.

ANDREW W. PEIRSON, in his
Individual capacity

    Defendant

**ANSWER AND AFFIRMATIVE
DEFENSES OF DEFENDANT
ANDREW W. PEIRSON**

Defendant Andrew W. Peirson,("Defendant") answers Plaintiff Joseph McMullin's Complaint dated May 26, 2017, which was served on the Defendant on July 18, 2017, as follows:

1. Denied.

## PARTIES

2. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies them.

3. Defendant admits that at all times relevant to these claims, Andrew W. Peirson was a law enforcement officer for the Maine State Police, acting under the color of state law as a law enforcement officer, and is sued in his individual capacity. Defendant otherwise denies paragraph 3.

## STATEMENT OF FACTS

4. Admitted.

5. Admitted.

6. Admitted.

1

7. Defendant admits that two females were in Mr. McMullin's vehicle when Trooper Peirson made the stop. Defendant is otherwise without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies them.

8. Admitted.

9. Admitted.

10. Admitted that Trooper Peirson informed Mr. McMullin that he was going to place him under arrest. Defendant otherwise denies paragraph 10.

11. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies them.

12. Denied.

13. Denied.

14. Defendant admits that Trooper Peirson directed Mr. McMullin to put his hands behind his back. Defendant otherwise denies paragraph 14.

15. Denied.

16. Admitted.

17. Defendant admits that he grabbed one of Mr. McMullin's arms. Defendant otherwise denies paragraph 17.

18. Denied.

19. Denied.

20. Denied

21. Denied.

22. Denied

23. Denied.

24. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies them.

25. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies them.

26. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies them.

## CLAIMS FOR RELIEF

27. Defendant repeats and reasserts its responses to paragraphs 1 through 26 as if fully set forth in its response to this paragraph.

28. Denied.

29. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies them.

## REQUESTS FOR RELIEF

30. This paragraph contains no averments against the Defendant; to the extent there are any, they are denied.

## AFFIRMATIVE DEFENSES

1. Plaintiff fails to state a claim upon which relief may be granted.

2. Defendant's conduct did not violate any clearly established statutory or constitutional right of which a reasonable official would have known, and the Defendant is thus entitled to qualified immunity.

3. The damages sought were the proximate result of the sole or comparatively greater fault of the Plaintiff, which bars or reduces this claim.

4. Plaintiff's alleged injuries were proximately caused by an independent and

efficient intervening cause and not by any conduct of the Defendant.

5. Defendant Peirson believed he was acting in good faith and in accordance with the law at all times relative to the allegations described in Plaintiff's complaint.

WHEREFORE, Defendant requests that this Court dismiss the complaint, enter judgment in the Defendant's favor, and award Defendant his costs.

Dated at Augusta, Maine, on this 2nd day of August, 2017.

Respectfully submitted,

JANET T. MILLS
Attorney General

*Cathy S. Roberts*

CATHY S. ROBERTS
Assistant Attorney General
Maine Bar No. 6821
JONATHAN BOLTON
Assistant Attorney General
Maine Bar No. 4597

Office of the Attorney General
6 State House Station
Augusta ME 04333-0006
Tel: (207) 626-8800
Attorneys for Defendant Andrew W. Peirson